76,133-03

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 06 2015

Abel Acosta, Clerk

ABEL ACOSTA, CLERK
P.O. BOX 12308 CAPITOL STATION
AUSTIN, TEXAS 78711

RE: EX PARTE RAMIREZ V. STATE CAUSE NO. 3211-A; WR-76,133-03

DEAR MR. ACOSTA,

ON 12/23/2014, MY APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS WAS RECEIVED AND PRESENTED TO THE COURT. PLEASE INFORM ME AS TO THE DISPOSITION OF MY 11.07 WRIT OF HABEAS CORPUS ON CAUSE NO. 3211-A; WR-76,133-03.

SINCERELY

RODOLFO RAMIREZ 576244
BOYD UNIT
200 SPUR 113
TEAGUE, TX. 75860